DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELMER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00314 LJO |
| Plaintiff, ) | STIPULATION TO ADVANCE MOTIONS/ STATUS CONFERENCE HEARING AND RESET |
| v. ) | FOR CHANGE OF PLEA; ORDER |
| ELMER ANDERSON, ) | Date: April 11, 2008 Time: 9:00 A.M. |
| Defendant. ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions/status conference hearing in the above captioned matter now scheduled for April 18, 2008, **may be advanced to April 11, 2008 at 9:00 a.m. and reset for change of plea.**

This request is made by counsel for Defendant because defendant would like to enter his plea as soon as possible.

DATED: April 7, 2008                                        DATED: April 7, 2008

McGREGOR M. SCOTT                                    DANIEL J. BRODERICK
United States Attorney                                       Federal Public Defender


/s/  Elana Landau                                                /s/  Marc Days
ELANA LANDAU                                              MARC DAYS
Assistant United States Attorney                       Assistant Federal Defender
Attorney for Plaintiff                                         Attorney for Defendant
                                                                          Elmer Anderson

# ORDER

The motions/status conference hearing in the above-referenced matter for defendant Elmer Anderson now set for April 18, 2008, **is hereby advanced to April 11, 2008, at 9:00 A.M. and reset for change of plea.**

IT IS SO ORDERED.

**Dated:** **April 7, 2008**              /s/ Lawrence J. O'Neill
                            UNITED STATES DISTRICT JUDGE

Stipulation to Advance Motions/Status Conference
Hearing and Reset for Change of Plea; [Proposed] Order          2