DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELMER ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ELMER ANDERSON,<br><br>          Defendant. | NO. 1:07-cr-00314 LJO<br><br>STIPULATION TO ADVANCE SENTENCING HEARING DATE; ORDER<br><br>Date:  June 20, 2008<br>Time:  9:00 A.M.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled for July 11, 2008, **may be advanced to June 20, 2008 at 9:00 a.m.**

DATED: June 17, 2008                                    DATED: June 17, 2008

McGREGOR M. SCOTT                                DANIEL J. BRODERICK
United States Attorney                                    Federal Public Defender


/s/ Elana Landau                                              /s/ Marc Days
ELANA LANDAU                                            MARC DAYS
Assistant United States Attorney                   Assistant Federal Defender
Attorney for Plaintiff                                        Attorney for Defendant
                                                                         Elmer Anderson

**ORDER**

**IT IS SO ORDERED**.  The sentencing hearing in the above-referenced matter for defendant Elmer Anderson now set for July 11, 2008, **is hereby advanced to June 20, 2008, at 9:00 A.M.**

IT IS SO ORDERED.

Dated:   June 17, 2008                              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE