

FILED
JUL 29 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>ELMER ANDERSON<br><br>Defendant. | No. 1:07CR00314-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 28, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released at 10:00a.m. on Wednesday, July 30, 2014, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: July 29, 2014

HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE